IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAY GRACE, AIS 249283, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 1:19-cv-918-WHA-CSC |
| ) | (WO) |
| LEON BOLLING, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On May 2, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 19. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 19) is ADOPTED; and

(2) The petition for writ of habeas corpus is DENIED as time-barred under the statute of limitations, 28 U.S.C. § 2244(d), and this case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 26th day of May, 2022.

       /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE